MEMORANDUM OPINION



No. 04-08-00470-CV



IN RE Albert RODRIGUEZ



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Rebecca Simmons, Justice


Delivered and Filed: July 23, 2008


PETITION FOR WRIT OF MANDAMUS DENIED

 On July 3, 2008, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 



 PER CURIAM

1. This proceeding arises out of Cause No. 07-2171-CV, styled In the Interest of O.A.R., pending in the 25th
Judicial District Court, Guadalupe County, Texas, the Honorable Dwight Peschel presiding.